UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DARK STORM INDUSTRIES LLC, BRIAN
DOHERTY, and KEVIN SCHMUCKER,

                                 1:20-cv-00360 (LEK) (ATB)

                         Plaintiffs,

       - against -

                                   **STIPULATION**

ANDREW CUOMO, in his official capacity as Governor
of the State of New York, EMPIRE STATE
DEVELOPMENT CORPORATION, and
ELIZABETH RUTH FINE, ESQ.,

                        Defendants.

------------------------------------------------------------------X

       WHEREAS Defendant EMPIRE STATE DEVELOPMENT CORPORATION was served with true copies of the Summons and Complaint herein through the Secretary of State on April 3, 2020 (DE # 4); and

       WHEREAS on April 16, 2020, Andrew W. Koster, Esq., an Assistant Attorney General of the State of New York, agreed to accept service on behalf of ANDREW CUOMO, in his official capacity as Governor of the State of New York, by electronic means, and on April 17, 2020, filed a notice of appearance on behalf of all Defendants (DE #6);

       NOW, THEREFORE, it is hereby stipulated by and between the undersigned attorneys of record that Defendants ANDREW CUOMO, in his official capacity as Governor of the State of New York, and ELIZABETH RUTH FINE, ESQ., through counsel, waive personal service and accept service of the Summons and Complaint by email effective April 16, 2020.

Dated: April 20, 2020
       Port Washington, New York

| /s James M. Maloney | /s Andrew W. Koster |
|---|---|
| JAMES M. MALONEY (Bar No. 514252) | ANDREW W. KOSTER (Bar No. 701106) |
| Attorney for Plaintiffs | Assistant Attorney General, of Counsel |
| 33 Bayview Avenue | The Capitol |
| Port Washington, New York 11050 | Albany, New York 12224 |
| Telephone: (516) 767-1395 | Telephone: (518) 776-2609 |
| Email: maritimelaw@nyu.edu | Email: andrew.koster@ag.ny.gov |