JAMES M. MALONEY (514252)
Attorney for Plaintiffs
33 Bayview Avenue
Port Washington, New York 11050
Telephone: (516) 767-1395

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
DARK STORM INDUSTRIES LLC, BRIAN
DOHERTY, and KEVIN SCHMUCKER,

                                                                                     **20 cv 360 (LEK)(ATB)**

                       Plaintiffs,

   - against -

ANDREW CUOMO, in his official capacity as Governor     **NOTICE OF APPEAL**
of the State of New York, EMPIRE STATE
DEVELOPMENT CORPORATION, and
ELIZABETH RUTH FINE, ESQ.,

                     Defendants.
----------------------------------------------------------------------X

Notice is hereby given that the following parties:

DARK STORM INDUSTRIES LLC, BRIAN DOHERTY, and KEVIN SCHMUCKER

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the Memorandum-Decision and Order dated July 8, 2020 (Document # 28), which denied

Plaintiffs' motion for partial summary judgment, granted Defendants' cross-motion for summary

judgment, and dismissed the complaint, and fiurther appeal from all prior orders, including text

orders, entered prior thereto.

Dated:  August 5, 2020
          Port Washington, New York

                                                         /s James M . Maloney
                                           JAMES M. MALONEY (514252)
                                           Attorney for Plaintiffs
                                           33 Bayview Avenue
                                           Port Washington, New York 11050
                                           (516) 767-1395
                                           maritimelaw@nyu.edu