UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on August 7, 2020 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 14th day of August, 2020.

John M. Domurad, Clerk
U.S. District Court

By:    s/ Kimberly Pikarsky
       Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | Dark Storm Industries LLC et al v. Andrew Cuomo et al – 1:20-cv-360 (LEK/ATB) |
| Docket No. of Appeal: | 30 – Notice of Appeal |
| Document Appealed: | 28 - Memorandum-Decision & Order |
| | 29 - Judgment |
| Fee Status: | Paid  X - Receipt # ANYNDC-5198590 reflects the filing at # 30 |
| Counsel: | Retained  X |
| Time Status: | Timely  X |